District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, VANESSA OSORIO,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:25-cv-00517-TL<br><br>JOINT STIPULATED MOTION<br><br>Noted for Consideration:<br>April 29, 2025 |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act (FOIA), 5 USC § 552, against United States Immigration and Customs Enforcement (ICE) seeking the disclosure of certain documents. The parties have conferred and agreed to stipulate to a short extension of the responsive pleading deadline until May 14, 2025. During this time, the parties intend to meet and confer to discuss the FOIA request at issue in this litigation and discuss potential paths towards resolving this matter. To focus on these efforts and avoid scheduling conflicts for counsel, the parties stipulate that there is good cause for a short extension of the responsive pleading deadline. The parties therefore jointly request that this Court authorize an extension so that ICE may file its responsive pleading by May 14, 2025.

JOINT STIPULATED MOTION
2:25-cv-00517-TL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

DATED this 29th day of April, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4073
Email:  katie.fairchild@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 130 words, in compliance with the Local Civil Rules

NORTHWEST IMMIGRANT RIGHTS PROJECT

*s/ Aaron Korthius*
AARON KORTHIUS, WSBA No. 53974
MATT ADAMS, WSBA No. 28287
GLENDA M. ALDANA MADRID, WSBA No. 46787
LEILA KANG, WSBA No. 48048
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone:  206-957-8611
Email:  aaron@nwirp.org
        matt@nwirp.org
        glenda@nwirp.org
        leila@nwirp.org

*Attorneys for Plaintiff*

JOINT STIPULATED MOTION
2:25-cv-00517-TL - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having agreed, it is so ORDERED. Defendant ICE's deadline to file its responsive pleading is EXTENDED to May 14, 2025.

DATED this 29th day of April 2025.

_____
TANA LIN
United States District Judge